UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MADELYN BALDRIDGE,                                    Civil Action No.

                           Plaintiff,

    -against-                                           **COMPLAINT AND**
                                                           **DEMAND FOR JURY**
                                                            **TRIAL**
TARGET CORPORATION,

                           Defendants.
-----------------------------------------------------------------X

Plaintiff by her attorneys, **TED J. TANENBAUM, P.C.**, complaining of the Defendants herein, respectfully shows to the Court and allege:

## JURISDICTION AND VENUE

FIRST: This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy as to the plaintiff exceeds $150,000.00, exclusive of interest and costs, and because complete diversity exists between the parties, as plaintiff is a citizen of New York, which is different from the State where the defendant is incorporated and has its principal place of business.

SECOND: Venue is proper within this District because plaintiff resides within the District and the defendant's principal place of business is in Minnesota.

THIRD: MADELYN BALDRIGE lives and resides at 27 Tanglewood Drive, Smithtown, NY 11787.

FOURTH: TARGET CORPORATION has its principal place of business at 1000 Nicollet Mall, Minneapolis, MN 55403.

1

## AS & FOR A FIRST CAUSE OF ACTION

FIFTH:  The plaintiff repeats and reiterates each and every allegation previously set forth therein as though fully set forth herein at length.

SIXTH:  That at all times hereinafter mentioned, defendant, TARGET CORPORATION, was the owner and/or one of the owners of a certain department store located at 98 Veterans Memorial Highway, Commack, New York  11725.

SEVENTH:  That at all times hereinafter mentioned, defendant, TARGET CORPORATION, its agents, servants and/or employees operated a certain department store located at 98 Veterans Memorial Highway, Commack, New York  11725.

EIGHTH:  That at all times hereinafter mentioned, defendant TARGET CORPORATION, its agents, servants and/or employees managed a certain department store located at 98 Veterans Memorial Highway, Commack, New York 11725.

NINTH:  That at all times hereinafter mentioned, defendant, TARGET CORPORATION, its agents, servants and/or employees controlled a certain department store located at 98 Veterans Memorial Highway, Commack, New York 11725.

TENTH:  That at all times hereinafter mentioned, defendant, TARGET CORPORATION, its agents, servants and/or employees maintained a certain department store located at 98 Veterans Memorial Highway, Commack, New York 11725.

ELEVENTH:  That at all times hereinafter mentioned, defendant, TARGET CORPORATION, invited members of the general public to the aforesaid premises for business purposes.

TWELFTH: That on the 24th day of June, 2021, while a lawful patron of the aforesaid

department store, the plaintiff was caused to be propelled to the ground and become seriously injured due to the carelessness, recklessness and negligence of the defendant, its agents, servants and/or employees.

THIRTEENTH: That the defendant, its agents, servants and/or employees were careless, reckless and negligent in the ownership, operation, maintenance, management, supervision and control of the aforesaid department store; in carelessly, recklessly and negligently causing, allowing and/or permitting the plaintiff to be propelled to the floor and become injured; in failing to provide plaintiff with a safe place to walk; in carelessly, recklessly and negligently causing, allowing and/or permitting the floor thereat to be slick and slippery, creating a hazard and a trap; in carelessly, recklessly and negligently causing, allowing and/or permitting foreign substances to be and remain on the floor thereat; in failing to maintain the aforesaid department store in a safe and proper manner; in failing to expeditiously clean up debris and/or loose objects; in failing to make timely inspections of the aforesaid area which would have disclosed the dangerous and defective condition existing thereat; in failing to foresee this incident; in failing to post signs, notices and/or other warnings of the dangerous and defective condition existing thereat; in failing to erect barricades, fences, ropes, cones or other safety devices for the proper protection of plaintiff and others; that defendant knew, or by reasonable inspection thereof, should have known of the dangerous and defective condition existing thereat and failed to repair and/or remedy the same; in carelessly, recklessly and negligently causing, allowing and/or permitting the aforesaid condition to be and remain for a long and unreasonable length of time under the circumstances then and there existing; in failing in their non-delegable duties to the plaintiff herein; and, in other ways, acted in a careless, reckless and negligent manner.

FOURTEENTH: That at all times hereinafter mentioned, defendant had actual, constructive and/or written notice of the aforesaid dangerous and defective condition.

FIFTEENTH: That, by reason of the premises, the plaintiff was rendered sick, sore, maimed and disabled; and she was injured, bruised and wounded about her head, body and limbs; and upon information and belief, some of her injuries are of a permanent nature and character; and she has suffered and continues to suffer physical pain and mental anguish; and she has been incapacitated, all to her damage in a sum in excess of the monetary limits of any lower courts.

**WHEREFORE,** plaintiff demands judgment in her favor and against defendant, TARGET CORPORATION in the amount of One Million ($1,000,000.00) Dollars, together with the costs and disbursements of this action.

Dated: Uniondale, New York
April 21, 2022

Yours, etc.,

**TED J. TANENBAUM, P.C.**

By: TED J. TANENBAUM
Attorneys for Plaintiff
405 RXR Plaza
Uniondale, NY 11556
(516) 294-9800

TO: TARGET CORPORATION
1000 Nicollet Mall
Minneapolis, MN 55403