UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MADELYN BALDRIDGE,                          Case No.: 2:22-CV-02318-SIL

                    Plaintiff,
                                            **STIPULATION OF DISMISSAL**
        v.                                  **WITH PREJUDICE**

TARGET CORPORATION,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

   **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed, with prejudice, without costs to either party as against the other.

   **IT IS FURTHER STIPULATED AND AGREED,** that this stipulation may be executed in counterparts and that a copy of a signature shall be deemed an original for purposes of this stipulation. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    Hauppauge, New York
          March 20, 2023

**TED J. TANENBAUM, P.C.**                  **SIMMONS JANNACE DELUCA, LLP**

By: _____              By: _____
      Ted J. Tanenbaum                          Allison C. Leibowitz
Attorneys for Plaintiff                   Attorneys for Defendant
**Office & P.O. Address:**                TARGET CORPORATION
405 RXR Plaza                             **Office & P.O. Address:**

Uniondale, NY 11556                43 Corporate Drive
(516) 294-9800                     Hauppauge, New York 11788-2048
                                   (631) 873-4888


SO ORDERED:                        Date: April 28, 2023

/s/ Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge